IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | |
| )   | |
| Plaintiff,   )   | |
| )   | |
| vs.   )   | Case No. 05-CR-30178-MJR |
| )   | |
| CAMERON CHRISTOPHER REENTS,   )   | |
| )   | |
| Defendant.   )   | |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

Counsel appeared for a competency hearing on July 21, 2006. When the Court learned that Defendant Reents had not been returned to this District, the hearing could not proceed. Deputy United States Marshal Bob Meyer advised the Court that, because the forensic evaluation of Reents has not been completed, the Bureau of Prisons will not release Reents for transport to this District (unless the Court orders such release).

Finding itself in a "Catch 22" situation (Reents can't be returned to the District until the doctors at the federal medical facility have completed their evaluation, but the Court can't order Reents to receive further evaluation or treatment to restore competency until Reents appears in this District for a hearing), the Court asked counsel to weigh in on the issue of whether the undersigned Judge could commit Reents for four months of treatment, *without* first bringing him before the Court for a hearing under 18 U.S.C. § 4247(d).

Counsel have filed briefs (Docs. 27, 28) concurring that Reents must be physically present at any hearing conducted pursuant to § 4247(d), even if that hearing is merely to commit

1

Reents to *get* the appropriate treatment to attempt to determine or establish competency to proceed herein.

Accordingly, the Court **ORDERS** the Bureau of Prisons to release Reents for transport (by or at the direction of the United States Marshals) to this District for a hearing to be held at **9:00 a.m. on September 8, 2006.**  The Clerk's Office is **DIRECTED** to furnish a paper copy of this Order to the United States Marshals Service, attn: Deputy USM Bob Meyer, and the Court **ASKS** Deputy Meyer to forward this Order to the appropriate BOP officials.

**IT IS SO ORDERED.**

**DATED this 3rd day of August, 2006.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**