IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-CR-30178-MJR |
| ) | |
| **CAMERON CHRISTOPHER REENTS,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

After a September 2006 hearing conducted in accord with 18 U.S.C. § 4241 and § 4247, the undersigned District Judge found Defendant Reents incompetent to proceed to trial and committed him to the custody of the United States Attorney General for hospitalization, treatment, and further evaluation in a suitable facility for a reasonable period of time, as needed to determine whether a substantial probability exists that, in the foreseeable future, Reents will attain the capacity to permit trial to proceed.

Further hearings (to assess whether Reents had sufficiently improved) were set and, on defense motion, continued between January and July 2007.  During this time, Reents continued to receive psychological/psychiatric care plus further evaluation of his mental condition and competence.

On July 26, 2007, having been advised that Reents was in transit (*i.e*., in process of being transported back to this District) for an August 30, 2007 competency hearing, the Court conducted a status conference with counsel.  The United States Marshal, counsel, and the undersigned Judge have concerns regarding the ability of the local jail facility to adequately care for Reents pending the currently-scheduled hearing (which is four weeks away).  Moreover, the Court

has not yet received the supplemental psychiatric/psychological evaluation of Reents, which is needed before any further competency hearing can be conducted.

Therefore, the Court **CANCELS** the August 30, 2007 competency hearing and – pursuant to 18 U.S.C. § 4241(d)(2) – **ORDERS** that Reents shall remain in the custody of the Attorney General in a suitable facility for his continued care and treatment "for an additional reasonable period of time" until (a) his mental condition sufficiently improves that trial may proceed or (b) the pending charges against him are disposed of herein. After this Court and counsel have received and reviewed the supplemental evaluation report, the Court will reschedule the competency hearing at the earliest date possible given the undersigned Judge's docket and the time required to transport Reents back to this District.

The period of delay resulting from Reents' ongoing treatment and evaluation continues to be **EXCLUDED** under the Speedy Trial Act. *See* **18 U.S.C. § 3161(h)(1)(A) and (h)(4).**

IT IS SO ORDERED.

DATED this 3rd day of August 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
